**Matthew E. Hedberg**, OSB #081958
E-mail: matt.hedberg@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant Western National Assurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| KJARRY LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>WESTERN NATIONAL ASSURANCE COMPANY,<br><br>            Defendant. | Civil No.: _____<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441(b), and 28 U.S.C. § 1446, defendant Western National Assurance Company files its Notice of Removal on the following grounds:

1.    Defendant is named in a civil action filed in the Circuit Court for the State of Oregon, for the County of Jackson, entitled *KJARRY, LLC v. Western National Assurance Company*, Case No. 16CV39237.  Defendant is a Washington corporation.

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

NOTICE OF REMOVAL
**Page 1**

2.      The state court action commenced when plaintiff's Complaint was filed with the Court Clerk of Jackson County, Oregon, on or about November 23, 2016.  Defendant received notice from its registered agent that the Summons and Complaint were served on December 30, 2016.  This Removal petition is timely, in that it is being filed within 30 days of the filing and service of the Summons and Complaint.

3.      The following pleadings constitute all of the process, pleadings, and orders received by defendant in this action to date:  Summons and Complaint and Proof of Service on Western National Assurance Company—true copies are attached as Exhibit A.

4.      The controversy between plaintiff and defendant is a controversy between businesses that are incorporated in different states with their principal place of business in different states.  Plaintiff KJARRY, LLC is an Oregon limited liability company, whereas Defendant Western National Assurance Company is a Washington corporation.

5.      The above-entitled action is a civil action alleging breach of contract sustained by plaintiff due to property damage and business income losses resulting from the damage, which occurred during the policy period of Western National Assurance Company policy number CPP 107268201, effective April 2, 2014 through April 2, 2015.  In this action, plaintiff seeks an award of economic damages in the amount of $190,541.39, and attorney fees and costs.

6.      The amount in controversy in this matter exceeds $75,000, exclusive of interests and costs, and is one where complete diversity exists between plaintiff and defendant.

7.      This is a civil action over which this Court has original jurisdiction pursuant to

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

NOTICE OF REMOVAL
Page 2

28 U.S.C. § 1446(b).

8. Defendant is currently filing a Notice to state court of Removal to Federal Court with the Clerk of the Jackson County Circuit Court in accordance with 28 U.S.C. § 1446(d).

DATED: January 19, 2017

                BULLIVANT HOUSER BAILEY PC

                By */s/ Matthew E. Hedberg*
                    **Matthew E. Hedberg**, OSB #081958
                    Telephone: 503.228.6351
                    Attorneys for Defendant Western National Assurance Company

4826-9178-5792.1 10156/00012

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL**
**Page 3**

11/29/2016 3:01:49 PM
16CV39237

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF JACKSON

| | |
|---|---|
| KJARRY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN NATIONAL ASSURANCE COMPANY,<br><br>    Defendant. | Case No.<br><br>**COMPLAINT**<br><br>**(Breach of Contract; Declaratory Judgment)**<br><br>**CLAIM NOT SUBJECT TO MANDATORY ARBITRATION**<br>(Jury Trial Demanded)<br><br>Damage Prayer: $190,541.39<br><br>Fee Authority: ORS 21.160(1)(c) |

Plaintiff KJARRY, LLC alleges as follows:

**GENERAL ALLEGATIONS**

1.

Plaintiff KJARRY LLC ("KJARRY") is an Oregon limited liability company.

2.

At all material times, KJARRY was the owner of the Super 8 motel located at 4999 Biddle Road in Central Point, Jackson County, Oregon (the "Motel").

3.

On information and belief, at all material times Defendant Western National Assurance Company ("Western National") was and is a Washington insurance corporation, licensed and authorized to issue insurance policies in the state of Oregon.

Page 1 – COMPLAINT

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

## FACTUAL ALLEGATIONS

4.

KJARRY purchased various commercial insurance coverage and policies from Western National for the period running from April 2, 2014 through April 2, 2015, including a Commercial Property insurance policy, policy number CPP 1072682 01, (hereinafter "Property Policy"). Among other coverages provided, the Property Policy included equipment breakdown coverage, and business income coverage.

5.

On information and belief, on or about November 27, 2014, the dehumidification system and pool equipment for the indoor swimming pool at the Motel was damaged as a result of a covered occurrence (the "Accident").

6.

Thereafter, for a period of less than two weeks, the Motel's pool building and its related equipment and mechanical components were inundated, overcome, and damaged by humidity and condensation. On information and belief, this humidity and condensation was caused by the breakdown of and/or damage to motorized dehumidification dampers that control the fresh and exhaust air, which were stuck in the closed position, as well as damage to other pool building equipment and mechanical components, all of which directly resulted from the Accident.

7.

As a direct and proximate result of the Accident, KJARRY was forced to close the pool, and conduct extensive repairs to covered property. The closure and repairs lasted in excess of three months, during which time KJARRY suffered significant losses of business income, including loss of Motel pool facility and room rentals.

8.

KJARRY submitted a claim for losses and damages resulting from the Accident to Western National, which was acknowledged by Western National by letter dated December 5,

Page 2 – COMPLAINT

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

EXHIBIT A
Page 2 of 7

1  2014.  Subsequent claim documentation was submitted to Western National as requested and/or
2  required.  Thereafter, Western National accepted the failure of the pool area motorized dampers
3  as a "covered occurrence" under the policy by letter dated April 14, 2015, but "disclaim[ed] any
4  and all costs incurred as a result of this occurrence."  Western National again declined making
5  payment for losses and damages resulting from the Accident by latter dated July 21, 2015.

**FIRST CLAIM FOR RELEF**

**(Breach of Contract)**

9.

9  KJARRY re-alleges and incorporates paragraphs 1 through 8 above.

10.

11  Under the Property Policy, Western National had a contraction obligation to pay
12  KJARRY for damage to the Motel, and for its business income losses resulting from the damage
13  to the Motel, up to the available limits of insurance.

11.

15  Western National breached its contractual obligation when it wrongfully denied its
16  obligation to pay KJARRY for covered damages under the Property Policy.

12.

18  KJARRY has performed and fulfilled all necessary obligations and conditions precedent
19  under the Property Policy.

13.

21  As a direct and proximate cause of Western National's breach of its contractual
22  obligations, KJARRY has incurred damages in an amount to be proven at trial, but currently
23  estimated at $190,541.39, in the form of:
24     a.  Repair, replacement, remediation, inspection, testing, and mitigation costs
25        ($69,066.83); and
26     b.  Loss of business income ($121,474.56).

Page 3 – COMPLAINT

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

|   |   |
|---|---|
| 1 | 14. |
| 2 | KJARRY is entitled to its attorney fees pursuant to ORS 742.061. |
| 3 | **SECOND CLAIM FOR RELEF** |
| 4 | **(Declaratory Judgment)** |
| 5 | 15. |
| 6 | KJARRY re-alleges and incorporates paragraphs 1 through 14 above. |
| 7 | 16. |
| 8 | Under the Property Policy, Western National has a contractual obligation to pay |
| 9 | KJARRY for damage to the Motel, and for its business income losses resulting from the damage |
| 10 | to the Motel, up to the available limits of insurance. |
| 11 | 17. |
| 12 | Western National has denied any obligation to pay KJARRY for damage to the Motel, |
| 13 | and for and for its business income losses resulting from this damage. |
| 14 | 18. |
| 15 | There exists a real and substantial dispute between KJARRY and Western National |
| 16 | regarding Western National's obligations to pay KJARRY for damage to the Motel, and for and |
| 17 | for its business income losses resulting from this damage. |
| 18 | 19. |
| 19 | KJARRY is entitled to a judicial declaration that Western National is legally obligated to |
| 20 | pay KJARRY for all costs to repair the damage to the Motel, and for its business income losses |
| 21 | resulting from the damage to the Motel, up to the available limits of insurance. |
| 22 | 20. |
| 23 | KJARRY is entitled to its attorney fees pursuant to ORS 742.061. |
| 24 | /// |
| 25 | /// |
| 26 | /// |

Page 4 – COMPLAINT

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

EXHIBIT A
Page 4 of 7

| | | |
|---|---|---|
|1| |**PRAYER**|
|2|WHEREFORE, KJARRY prays for Judgment in its favor and against Western National as follows:| |

2   WHEREFORE, KJARRY prays for Judgment in its favor and against Western National

3   as follows:

4        a.   On KJARRY's First Claim for Relief (Breach of Contract), for damages in an amount to be proved at trial, but currently estimated at $190,541.39, plus an award of its attorney fees and costs incurred in prosecuting this action;

8        b.   On KJARRY's Second Claim for Relief (Declaratory Judgment), for a judicial declaration that Western National is obligated to pay KJARRY for all costs to repair the damage to the Motel, and for its business income losses resulting from the damage to the Motel, up to the available limits of insurance;

13      c.   For an award of KJARRY's attorney fees, costs, and disbursements pursuant to ORS 742.061;

15      d.   For pre-and post-judgment interest at a rate of 9% per annum; and

16      e.   For any further relief the Court deems just and equitable.

DATED this 23rd day of November, 2016.

KILMER, VOORHEES & LAURICK, P.C.

*/s/ J. Lee Street*
Peter J. Viteznik, OSB No. 944540
pviteznik@kilmerlaw.com
J. Lee Street, OSB No. 983965
lstreet@kilmerlaw.com
Phone No.: 503-224-0055
Fax No.: 503-222-5290
Of Attorneys for Plaintiff
Trial Attorney: Peter J. Viteznik
I:\10284\0002\Pleadings\KJARRY 2 Complaint 20161123.doc

Page 5 – COMPLAINT

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

## CERTIFICATE OF SERVICE

I certify that on this _____ day of _____, 2016 the foregoing *** was served on the following by [ ] hand delivery [ ] overnight delivery [ ] fax [ ] OJD eFiling using Odyssey File & Serve [ ] email [ ] mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid. Addressed as follows:

_____
Peter J. Viteznik, OSB No. 944540
J. Lee Street, OSB No. 983965
Of Attorneys for Plaintiff

Page 6 -- CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

EXHIBIT A
Page 6 of 7

# AFFIDAVIT OF SERVICE

State of Oregon          County of Jackson          Circuit Court

Case Number: 16CV39237

Plaintiff:
KJARRY, LLC.

vs.

Defendant:
WESTER NATIONAL ASSURANCE COMPANY

For:
Kilmer Voorhees & Laurick
732 N.W. 19th Ave.
Portland, OR 97209-1302

Received by Barrister Support Service on the 30th day of December, 2016 at 1:06 pm to be served on **WESTERN NATIONAL ASSURANCE COMPANY R/A: CT CORPORATION SYSTEM, 388 STATE ST., # 420, SALEM, OR 97301**.

I, Alice McAllister, being duly sworn, depose and say that on the **30th day of December, 2016** at **1:45 pm**, I:

SERVED the within named **WESTERN NATIONAL ASSURANCE COMPANY R/A: CT CORPORATION SYSTEM** at **388 STATE ST., # 420, SALEM, OR 97301** by personally serving a true copy of the **SUMMONS; COMPLAINT** upon **RYLYNN POOLE**, who is a clerk on duty in the office of the Registered Agent and who is authorized to accept service.

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

Subscribed and Sworn to before me on the 5th day of January, 2017 by the affiant who is personally known to me. In the County of Marion.

NOTARY PUBLIC-OREGON

Alice McAllister
Process Server

Barrister Support Service
11349 SW 60th Ave
Portland, OR 97219
(503) 246-8934

Our Job Serial Number: TSB-2016007927
Ref: 10284-0002

OFFICIAL STAMP
REBECCA LEA LUNDIN
NOTARY PUBLIC - OREGON
COMMISSION NO. 942014
MY COMMISSION EXPIRES AUGUST 17, 2019

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1c



EXHIBIT A
Page 7 of 7